# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| JENNIFER A. CONNORS, | \| |
| PLAINTIFF | \| |
| v. | \| |
| | \| CASE NO.  2:10-cv-94 |
| DARTMOUTH HITCHCOCK MEDICAL CENTER, | \| |
| DARTMOUTH MEDICAL SCHOOL, | \| |
| MARY HITCHCOCK MEMORIAL HOSPITAL, | \| |
| DARTMOUTH-HITCHCOCK CLINIC and | \| |
| TRUSTEES OF DARTMOUTH COLLEGE, | \| |
| DEFENDANTS | \| |

## *CERTIFICATE OF SERVICE*

The undersigned attorney hereby certifies that on this date he electronically filed ***Certificate of Service*** relative to Documents identified in Plaintiff's Initial Disclosures which is available for viewing and downloading from the ECF system.

Dated: 10/12/10                                                 /s/ Norman E. Watts
                                                                        Norman E.  Watts, Esquire
                                                                        Watts Law Firm, PC
                                                                        PO Box 270
                                                                        Woodstock VT 05091
                                                                        (802) 457-1020
                                                                        wattslawfirmpc@gmail.com
                                                                        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JENNIFER A. CONNORS, | \| |
| | \| |
| PLAINTIFF | \| |
| v. | \| |
| | \| CASE NO.  2:10-cv-94 |
| DARTMOUTH HITCHCOCK MEDICAL CENTER, | \| |
| DARTMOUTH MEDICAL SCHOOL, | \| |
| MARY HITCHCOCK MEMORIAL HOSPITAL, | \| |
| DARTMOUTH-HITCHCOCK CLINIC and | \| |
| TRUSTEES OF DARTMOUTH COLLEGE, | \| |
| | \| |
| DEFENDANTS | \| |

### *CERTIFICATE OF SERVICE*

The undersigned attorney hereby certifies that on this date he served defendants ***Documents Bates 2394-2731*** previously identified in Plaintiff's Initial Disclosures by depositing CD copy of same in First Class mail, postage prepaid, to defendants' attorneys of record as follows:

> William Pandolph, Esq.
> Edward Kaplan, Esq.
> Sulloway & Hollis, P.L.L.C.
> 9 Capitol Street, Box 1256
> Concord, NH 03302-1256.

Dated: 10/12/10

/s/ Norman E. Watts
Norman E.  Watts, Esquire
Watts Law Firm, PC
PO Box 270
Woodstock VT 05091
(802) 457-1020
wattslawfirmpc@gmail.com
Attorney for Plaintiff

Watts Law Firm PC,  PO Box 270,  Woodstock VT 05091-0270
Tel (802) 457-1020   Fax (802) 432-1074  Email: WattsLawFirmPC@gmail.com

Page 2 of  2