UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **JENNIFER A. CONNORS,** | \| |
| **PLAINTIFF** | \| |
| v. | \| |
| | \|  CASE NO.  2:10-cv-94 |
| **DARTMOUTH HITCHCOCK MEDICAL CENTER,** | \| |
| **DARTMOUTH MEDICAL SCHOOL,** | \| |
| **MARY HITCHCOCK MEMORIAL HOSPITAL,** | \| |
| **DARTMOUTH-HITCHCOCK CLINIC and** | \| |
| **TRUSTEES OF DARTMOUTH COLLEGE,** | \| |
| **DEFENDANTS** | \| |

### *CERTIFICATE OF SERVICE*

The undersigned attorney hereby certifies that on this date he electronically filed ***Certificate of Service*** relative to Plaintiff's First Set of Interrogatories and Requests to Produce to Defendants which is available for viewing and downloading from the ECF system.

Dated: 11/1/10

/s/ Norman E. Watts
Norman E.  Watts, Esquire
Watts Law Firm, PC
PO Box 270
Woodstock VT 05091
(802) 457-1020
wattslawfirmpc@gmail.com
Attorney for Plaintiff

Watts Law Firm PC,  PO Box 270,  Woodstock VT 05091-0270
Tel (802) 457-1020   Fax (802) 432-1074  Email: WattsLawFirmPC@gmail.com

Page 1 of  2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **JENNIFER A. CONNORS,** | &#124; |
| **PLAINTIFF** | &#124; |
| v. | &#124; |
| | &#124; CASE NO.  **2:10-cv-94** |
| **DARTMOUTH HITCHCOCK MEDICAL CENTER,** | &#124; |
| **DARTMOUTH MEDICAL SCHOOL,** | &#124; |
| **MARY HITCHCOCK MEMORIAL HOSPITAL,** | &#124; |
| **DARTMOUTH-HITCHCOCK CLINIC and** | &#124; |
| **TRUSTEES OF DARTMOUTH COLLEGE,** | &#124; |
| **DEFENDANTS** | &#124; |

*CERTIFICATE OF SERVICE*

The undersigned attorney hereby certifies that on this date he served defendants *Plaintiff's First Set of Interrogatories and Requests to Produce to Defendants* by depositing same in First Class mail, postage prepaid, to defendants' attorneys of record as follows:

>William Pandolph, Esq.
>Edward Kaplan, Esq.
>Sulloway & Hollis, P.L.L.C.
>9 Capitol Street, Box 1256
>Concord, NH 03302-1256.

Dated: 11/1/10

/s/ Norman E. Watts
Norman E. Watts, Esquire
Watts Law Firm, PC
PO Box 270
Woodstock VT 05091
(802) 457-1020
wattslawfirmpc@gmail.com
Attorney for Plaintiff

Watts Law Firm PC,  PO Box 270,  Woodstock VT 05091-0270
Tel (802) 457-1020    Fax (802) 432-1074  Email: WattsLawFirmPC@gmail.com

Page 2 of  2