# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| **JENNIFER A. CONNORS,** | |
| **PLAINTIFF** | |
| v. | |
| | CASE NO.  **2:10-cv-94** |
| **DARTMOUTH HITCHCOCK MEDICAL CENTER,** | |
| **DARTMOUTH MEDICAL SCHOOL,** | |
| **MARY HITCHCOCK MEMORIAL HOSPITAL,** | |
| **DARTMOUTH-HITCHCOCK CLINIC and** | |
| **TRUSTEES OF DARTMOUTH COLLEGE,** | |
| **DEFENDANTS** | |

## *CERTIFICATE OF SERVICE*

The undersigned attorney hereby certifies that on this date he electronically filed ***Certificate of Service*** relative to Supplemental Initial Disclosure Documents which is available for viewing and downloading from the ECF system.

Dated: 11/4/10                                                   /s/ Norman E. Watts
                                                                          Norman E. Watts, Esquire
                                                                          Watts Law Firm, PC
                                                                          PO Box 270
                                                                          Woodstock VT 05091
                                                                          (802) 457-1020
                                                                          wattslawfirmpc@gmail.com
                                                                          Attorney for Plaintiff

Watts Law Firm PC,  PO Box 270,  Woodstock VT 05091-0270
Tel (802) 457-1020    Fax (802) 432-1074  Email: WattsLawFirmPC@gmail.com

Page 1 of  2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **JENNIFER A. CONNORS,** | \| |
| | \| |
| **PLAINTIFF** | \| |
| v. | \| |
| | \| CASE NO.  **2:10-cv-94** |
| **DARTMOUTH HITCHCOCK MEDICAL CENTER,** | \| |
| **DARTMOUTH MEDICAL SCHOOL,** | \| |
| **MARY HITCHCOCK MEMORIAL HOSPITAL,** | \| |
| **DARTMOUTH-HITCHCOCK CLINIC and** | \| |
| **TRUSTEES OF DARTMOUTH COLLEGE,** | \| |
| | \| |
| **DEFENDANTS** | \| |

### *CERTIFICATE OF SERVICE*

The undersigned attorney hereby certifies that on this date he served defendants

***Documents Bates 2732-2733*** previously identified in Plaintiff's Initial Disclosures

by hand-delivery to defendants attorney of record as follows:

> Edward Kaplan, Esq.
> Sulloway & Hollis, P.L.L.C.
> 9 Capitol Street, Box 1256
> Concord, NH 03302-1256.


Dated: 11/4/10                                        /s/ Norman E. Watts
                                                              Norman E.  Watts, Esquire
                                                              Watts Law Firm, PC
                                                              PO Box 270
                                                              Woodstock VT 05091
                                                              (802) 457-1020
                                                              wattslawfirmpc@gmail.com
                                                              Attorney for Plaintiff

Watts Law Firm PC,  PO Box 270,  Woodstock VT 05091-0270
Tel (802) 457-1020    Fax (802) 432-1074  Email: WattsLawFirmPC@gmail.com

Page 2 of  2