*Connors v. DHMC et al*
*Case No. 2:10-cv-94*

# Exhibit 1



Jennifer Meagher &lt;j.meagher.wattslawfirmpc@gmail.com&gt;

---

# CONNORS/DHMC
2 messages

---

**Norman Watts Esq &lt;nwatts@wattslawfirmpc.us&gt;**  Thu, Mar 24, 2011 at 9:23 AM
To: Edward Kaplan &lt;ekaplan@sulloway.com&gt;
Cc: Jennifer Meagher &lt;j.meagher.wattslawfirmpc@gmail.com&gt;

Ed - Please give me some feedback regarding the proposed witness list I sent you so that we can schedule them and/or request an exception from the court. Scheduling is currently stalled.
Thanks.
NW


**WATTS LAW FIRM PC**

**Norman E. Watts, Esq.**

**19 Central Street/PO Box 270**

**Woodstock VT 05091-0270**

Tel: **(802) 457-1020**  Fax: **(802) 432-1074**

**www.WattsLawFirmPC.com**

---

**Edward Kaplan &lt;ekaplan@sulloway.com&gt;**  Thu, Mar 24, 2011 at 2:23 PM
To: Norman Watts Esq &lt;nwatts@wattslawfirmpc.us&gt;
Cc: Jennifer Meagher &lt;j.meagher.wattslawfirmpc@gmail.com&gt;

You will need to file with the Court and I will react accordingly. In anticipation of your question, I do not assent to the relief you will seek in any such motion as I believe "enough is enough."

Edward M. Kaplan, Esquire
Sulloway & Hollis, PLLC
9 Capitol St., PO Box 1256, Concord, NH 03302-1256

Phone: 603-223-2863 Fax: 603-224-2557
E-Mail: ekaplan@sulloway.com

[Quoted text hidden]

---

SULLOWAY & HOLLIS, P.L.L.C.: This message is a PRIVATE communication which may contain attorney / client privileged material. If you are not the intended recipient, please do not read, copy, use, or disclose to others. If you have received this message in error, please reply to sender and delete this message from your system. Thank you.

---

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used and cannot be used by any taxpayer for the purpose of avoiding U.S. tax penalties.



Jennifer Meagher <j.meagher.wattslawfirmpc@gmail.com>

# CONNORS/DHMC WITNESSES
1 message

**Norman Watts Esq <nwatts@wattslawfirmpc.us>**  Tue, Mar 22, 2011 at 3:02 PM
To: Edward Kaplan <ekaplan@sulloway.com>
Cc: Jennifer Meagher <j.meagher.wattslawfirmpc@gmail.com>

Ed - Attached is the list of DHMC witnesses I would like to depose.  Obviously, we need more dates than we have currently reserved for these and the VA witnesses.
NW

**WATTS LAW FIRM PC**

Norman E. Watts, Esq.

19 Central Street/PO Box 270

Woodstock VT 05091-0270

Tel: (802) 457-1020  Fax: (802) 432-1074

**www.WattsLawFirmPC.com**

📄 **CONNORS.DHMC.WITNESS.LIST.pdf**
751K

| CONNORS v DHMC et al<br>PLAINTIFF'S WITNESS LIST<br>3/14/11 | | |
|---|---|---|
| **Witnesses** | **Relationship to Claims** | **Other Considerations** |
| Bonacci, David, MD | JC NHH mentor, supervisor | Advised JC re her standing |
| Carboneau, Kimberly, Esq. | ODS; JC consultations re complaints, ADHD, FFD | |
| Corson, John, MD | JC pyschotherapy supervisor @ VA; DCF issus | Long email per LL 11/17/08 email |
| Donnelly, Craig, MD | PGY 2 & 3 - child clinic | JC discussions re fellowship & his evaluation |
| Donnelly, Craig, MD | JC PGY3 supervisor | |
| Ferrell, Richard, MD | NHH supervisor; disc w/RG re JC performance, status | |
| Finn, Christine, MD | DHMC residency assoc. dir. during JC residency; supervised JC during consult month | |
| Foster, Tina, MD | Assoc. Dir. GME; ACGME committee | Numerous discussions w/JC & others re: VA office assignments, etc |
| Gillock, Karen, PdD | JC Psychotherapy DHPA supervisor | Opined about complaints vs JC, made referral to Platt @ EAP |
| Green, Ronald, MD | Residency program director; Plaintiff's supervisor | Hired, fired plaintiff |
| Green, Alan, MD | Chair, DHMC psych dept; involved in evals, discharge | Numerous discussions w/JC & others re: same |
| Hu, Da-Shi, MD | DHMC; expressed complained re JC | |

Page 1 of 2

| CONNORS v DHMC et al<br>PLAINTIFF'S WITNESS LIST<br>3/14/11 | | |
|---|---|---|
| King, Michelle | DHMC ODS official | Involved with Landon, Carboneau in JC personnel issues; disc w/JC re her complaints |
| Koury, Sara | DHMC EAP official; dealt with Fitness for Duty Evaluation ("FFD") & JC return to work '07 - '08 | Numerous meetings w/JC & others re: same |
| Levin, Morris, MD | DHMC; JC attending MD for neurology | Involved in "AWOL" issue |
| Silberfarb, Peter, MD | JC DHPA supervisor in lieu of RG | Wrote recommendation |
| Smiga, Susan, MD | JC PGY3 supervisor | |
| Trietley, Kalindi | College LD office; Lengthy discussions re JC accommodations, situation | |
| Walsh, Sara, MD | Former DHPA resident | Worked w/JC; observed her on duty |
| West, Donald, MD | JC DHMC supervisor PGY2 until admin leave | See evaluations; discussions re accommodations |