*Connors v. DHMC et al*
*Case No. 2:10-cv-94*

# Exhibit 2



Jennifer Meagher <j.meagher.wattslawfirmpc@gmail.com>

# CONNORS/DHMC - SCHEDULE
2 messages

**Norman Watts Esq <nwatts@wattslawfirmpc.us>**  Thu, Nov 4, 2010 at 1:46 PM
To: Edward Kaplan <ekaplan@sulloway.com>
Cc: Jennifer Meagher <j.meagher.wattslawfirmpc@gmail.com>

Ed - My proposal:

12/3 - Kelleher, D.West, Platt
1/13 - Sateia, Coursins
1/14 - Parker, Pomerantz
1/19 - Lambert, Watts
1/26 - R. Green
1/28 - Holding

If you wish to concludes Dr. Connors' depo on any of these dates, we can slide the witnesses back.

NW


**WATTS LAW FIRM PC**

**Norman E. Watts, Esq.**

19 Central Street/PO Box 270

Woodstock VT 05091-0270

Tel: (802) 457-1020  Fax: (802) 432-1074

**www.WattsLawFirmPC.com**

---

**Jennifer Meagher <j.meagher.wattslawfirmpc@gmail.com>**  Fri, Nov 19, 2010 at 11:31 AM
To: Jeanne Batchelder <jbatchelder@sulloway.com>

Jeanne:

Here are the dates proposed.

Thanks.

---------- Forwarded message ----------
From: **Norman Watts Esq** <nwatts@wattslawfirmpc.us>
Date: Thu, Nov 4, 2010 at 1:46 PM
Subject: CONNORS/DHMC - SCHEDULE
To: Edward Kaplan <ekaplan@sulloway.com>
Cc: Jennifer Meagher <j.meagher.wattslawfirmpc@gmail.com>

Ed - My proposal:

12/3 - Kelleher, D.West, Platt
1/13 - Sateia, Coursins
1/14 - Parker, Pomerantz
1/19 - Lambert, Watts
1/26 - R. Green
1/28 - Holding

If you wish to concludes Dr. Connors' depo on any of these dates, we can slide the witnesses back.

NW

**WATTS LAW FIRM PC**

**Norman E. Watts, Esq.**

**19 Central Street/PO Box 270**

**Woodstock VT 05091-0270**

Tel: **(802) 457-1020**  Fax: **(802) 432-1074**

**www.WattsLawFirmPC.com**

--
Jennifer Meagher
Law Clerk

Watts Law Firm, PC
19 Central Street
PO Box 270
Woodstock, VT 05091
802-457-1020



REPLY TO: CAPITAL OFFICE
Fax number: (603) 224-2557
ekaplan@sulloway.com

December 22, 2010

FRANK J. SULLOWAY
(1883-1981)
FRANKLIN HOLLIS
(1904-1980)

SENIOR COUNSEL
CHARLES F. SHERIDAN, JR.
MARTIN L. GROSS
ROBERT M. LARSEN
FRED L. POTTER

MICHAEL M. LONERGAN
EDWARD M. KAPLAN
IRVIN D. GORDON
MICHAEL P. LEHMAN
MICHEL A. LAFOND
PETER F. IMSE
R. CARL ANDERSON
DOUGLAS R. CHAMBERLAIN
MARGARET H. NELSON
JAMES O. BARNEY
JAMES E. OWERS
ROBERT J. LANNEY
PETER A. MEYER
JOHN R. HARRINGTON
RONNA F. WISE
WILLIAM D. PANDOLPH
JEANINE L. POOLE
W. KIRK ABBOTT, JR.
ELISE H. SALEK
TIMOTHY A. GUDAS
MARTIN P. HONIGBERG
SARAH S. MURDOUGH
PATRICK J. SHEEHAN
DEREK D. LICK
MELISSA M. HANLON
KEVIN M. O'SHEA
AMY MANZELLI
BETH G. CATENZA
JAY SURDUKOWSKI
STACEY P. COUGHLIN
NICOLE J. SCHULTZ-PRICE
KATHERINE DEFOREST
MATTHEW J. SNYDER

ALL ATTORNEYS ADMITTED
IN NEW HAMPSHIRE

INDIVIDUAL ATTORNEYS
ADMITTED IN:
MAINE, VERMONT, FLORIDA
MASSACHUSETTS, NEW YORK,
AND OTHER STATES

Norman E. Watts, Esquire
Watts Law Firm
P. O. Box 270
Woodstock, VT  05091-0270

Re:   Connors v. DHMC, et al.

Dear Norman:

As I understand it, you have requested fourteen (14) depositions, and have suggested some dates in January and February. I understand that you would prefer to complete these depositions prior to the Court's ruling on the Motion for Judgment on the Pleading (although I still believe it would be wise to wait to see what the Court determines before spending weeks taking depositions). If you still would prefer to arrange the depositions, I suggest that we schedule the depositions according to each deponent's work location. I will arrange conference rooms for the Dartmouth Hitchcock physicians and Dartmouth Medical School employees: Donald West, M.D., Worth Parker, M.D., Alan Green, M.D., Ronald Green, M.D., William Torrey, M.D., Robert Racusin, M.D., Walter F. Wallace, M.D. Michael Landon and Jim Platt.

We can work with people from the VA and New Hampshire Hospital to request a conference room at those facilities for the depositions of David Coursins, M.D., Andrew Pomerantz, M.D., Lisa Lambert, M.D., and Bradley V. Watts, M.D.

You have also requested the deposition of Michael J. Sateia, M.D. It's my understanding that you are requesting him as a treating physician of Dr. Connors. We will be happy to arrange the deposition, but I would appreciate if you would confirm whether you are deposing him as a treating physician, or as an employee of Dartmouth Hitchcock Medical Center.

CAPITAL OFFICE
9 Capitol Street
P.O. Box 1256
Concord, NH 03302
Tel: 603-224-2341

PORTLAND OFFICE
477 Congress Street
5th Floor
Portland, ME 04101
Tel: 207-253-5141

GORHAM OFFICE
30 Exchange Street
P.O. Box 335
Gorham, NH 03581
Tel: 603-466-5946

*Celebrating More Than 150 Years of Service to Clients and Community*

{C0777094.1 }

December 22, 2010
Page 2

    I would like to depose your experts, James C. Beck, M.D., Ph.D. and Robert L. Bancroft, Ph.D. Seems like we have a lot of work ahead of us.

    Please give me a call and we can discuss these scheduling issues.

Very truly yours,

Edward M. Kaplan

/jbb

{C0777094.1}