UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JENNIFER A. CONNORS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | Case No.: 2:10-cv-94 |
| DARTMOUTH HITCHCOCK MEDICAL CENTER ) | |
| DARTMOUTH MEDICAL SCHOOL, ) | |
| MARY HITCHCOCK MEMORIAL HOSPITAL ) | |
| DARTMOUTH-HITCHCOCK CLINIC and ) | |
| TRUSTEES OF DARTMOUTH COLLEGE ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### OF PLAINTIFF'S DISABILITY DISCRIMINATION AND RETALIATION CLAIMS

NOW COME the Defendants, Dartmouth Hitchcock Medical Center, Dartmouth Medical School, Mary Hitchcock Memorial Hospital, Dartmouth-Hitchcock Clinic and Trustees of Dartmouth College and hereby move for summary judgment of Counts One and Two of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 56.

1. The grounds for this Motion are further set forth with particularity in Defendants' supporting Memorandum of Law, filed herewith and incorporated herein.

2. Because this is a dispositive motion, the concurrence of the plaintiff in the relief requested was not sought.

WHEREFORE, Defendants, Dartmouth Hitchcock Medical Center, Dartmouth Medical School, Mary Hitchcock Memorial Hospital, Dartmouth-Hitchcock Clinic and Trustees of Dartmouth College request that the Court:

A. Dismiss Counts One and Two of Plaintiff's Complaint; and

B. Grant such other and further relief as the Court deems just.

Respectfully submitted,

DARTMOUTH HITCHCOCK MEDICAL CENTER
DARTMOUTH MEDICAL SCHOOL
MARY HITCHCOCK MEMORIAL HOSPITAL
DARTMOUTH-HITCHCOCK CLINIC and
TRUSTEES OF DARTMOUTH COLLEGE

Dated: April 15, 2011        By  /s/ William D. Pandolph
                                 William D. Pandolph
                                 Edward M. Kaplan (Pro Hac Vice)
                                 Sulloway & Hollis, P.L.L.C.
                                 9 Capitol Street
                                 Concord, NH 03301
                                 603/223-2862

## CERTIFICATE OF SERVICE

Served electronically:

Norman E. Watts, Esquire
Watts Law Firm, PC
PO Box 270
Woodstock, Vermont 05091.

Dated: April 15, 2011        By  /s/ William D. Pandolph
                                 William D. Pandolph