## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| **JENNIFER A. CONNORS,** | |
| **PLAINTIFF** | |
| v. | |
| | CASE NO.   **2:10-cv-94** |
| **DARTMOUTH HITCHCOCK MEDICAL CENTER,** | CASE NO.   **2:12-cv-51** |
| **DARTMOUTH MEDICAL SCHOOL,** | |
| **MARY HITCHCOCK MEMORIAL HOSPITAL,** | |
| **DARTMOUTH-HITCHCOCK CLINIC and** | |
| **TRUSTEES OF DARTMOUTH COLLEGE,** | |
| **DEFENDANTS** | |

### *DISCOVERY CERTIFICATE*

The undersigned attorney hereby certifies that on January 13, 2014 he served defendants a summary chart of ***Dartmouth Hitchcock Medical Center Residency Training Program in Adult Psychiatry*** via email to defendants' attorneys of record as follows:

>William Pandolph, Esq.
>Edward Kaplan, Esq.
>Sulloway & Hollis, P.L.L.C.

Dated: 1/21/14   .

/s/ Norman E. Watts
Norman E.  Watts, Esquire
Watts Law Firm, PC
wattslawfirmpc@gmail.com
Attorney for Plaintiff

Watts Law Firm PC,  PO Box 270,  Woodstock VT 05091-0270
Tel (802) 457-1020    Fax (802) 432-1074  Email: WattsLawFirmPC@gmail.com

Page 1 of  1