UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| Jennifer A. Connors, | § | |
| --- | --- | --- |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 2:10-cv-00094-wks |
| | § | |
| Dartmouth Hitchcock Medical Center, and | § | |
| Mary Hitchcock Memorial Hospital | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## DEFENDANTS' EXHIBIT LIST

Defendants Dartmouth Hitchcock Medical Center and Mary Hitchcock Memorial Hospital, by and through their counsel, Sulloway & Hollis, P.L.L.C., submit the following list of exhibits defendants expect to offer into evidence at the trial of this matter. Defendants reserve the right to amend/supplement this list of exhibits prior to or during trial and to offer any exhibit from plaintiff's exhibit list. However, defendants do not waive any objection regarding the admissibility of any exhibit. Defendants have not listed any exhibits which may be used for purposes of impeachment or rebuttal.

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
| --- | --- | --- | --- | --- |
| A | Graduate Medical Education Red Book, Policy & Procedure Manual for Residents and Fellows 2008-09 (SAME AS PLAINTIFF'S EXHIBIT 5) | X | | |
| B | 07/25/05 Letter from Jennifer Connors to Ronald L. Green w/Application for Graduate Training | X | | |
| C | 10/27/05 Letter from Ronald Green to Jennifer Connors | X | | |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1142323.1}

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| D | Resident/Fellow Agreement of Appointment for June 26, 2006 through June 25, 2007 CONNORS 000064-66 | X | | |
| E | 4/20/06 Pre-Placement Health Questionnaire 000144-000150 | X | | |
| F | 05/27/06 Email from Edward Connors to Brenda Vale re:  Hi!! An Update & Some questions from Jennifer 001641-001643 | X | | |
| G | 06/23/06 NH Board of Medicine Training License Certificate  (SS # Redacted) | X | | |
| H | 09/10/06 VT Dept. of Health Limited Temporary Physician License Application CONNORS 000856-000869 | X | | |
| I | 10/16/06 Memorandum from Ronald Green 000683-684 | X | | |
| J | 12/03/06 Email from Ronald Green to Jennifer Connors 000686 | X | | |
| K | 12/13/06 Email from Ronald Green to Jennifer Connors 000687 | X | | |
| L | 12/14/06 Email from Jennifer Connors to Ronald Green 000688 | X | | |
| M | 12/18/06 Email from Michael Sateia to Jennifer Connors | X | | |
| N | 01/08/07 Email from Ronald Green to Jennifer Connors 000689 | X | | |
| O | 01/30/07 Email from Ronald Green to Jennifer Connors 000690 | X | | |
| P | 02/07/07 Email from Ronald Green to Jennifer Connors 000691 | X | | |
| Q | 02/28/07 Re:  Block 9 CONNORS 000902-903 | X | | |
| R | 02/28/07 Summary of Items 000694 | X | | |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| S | 03/02/07 Email from Jonathan Schwartz to Ronald Green 000695 | X | | |
| T | 03/02/07 Email from Jonathan Schwartz to Bradley V. Watts CONNORS 000904-905 | X | | |
| U | 03/10/07 Memorandum from Ronald Green CONNORS 000906-907 | X | | |
| V | 03/21/07 Email from Jennifer Connors to Michael Sateia 001319 | X | | |
| W | 03/23/07 Memo re: Jennifer Connors 002149-2150 | X | | |
| X | 04/03/07 Confidential Draft Re: Jennifer Connors, MD 000710-716 | X | | |
| Y | 04/07/07 Trainee Evaluation, Evaluator Jonathan Schwartz, Block 10 000243-245 | X | | |
| Z | 04/11/07 Email from Jennifer Connors to Michael Sateia 0001925 | X | | |
| A1 | 04/11/07 Confidential memo from JC to RG, JK, HWP CONNORS 000280-284 | X | | |
| A2 | 04/13/07 Email from Michael Sateia to Ronald Green 001927 | X | | |
| A3 | 04/13/07 Letter from Ron Green to Jennifer Connors CONNORS 000215-216 | X | | |
| A4 | 05/03/07 Letter from Ronald Green to Drs. John McLellan and Carolyn Murray CONNORS 000908-910 | X | | |
| A5 | 07/27/07 Email from Carolyn Murray to Ron Green 001380 | X | | |
| A6 | 07/27/07 Work Fitness Form 001379 | X | | |
| A7 | 09/14/07 Remediation Plan for Dr. Jennifer Connors CONNORS 000911-912 | X | | |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| A8 | Resident/Fellow Agreement of Appointment, September 17, 2007 through January 6, 2008. CONNORS 000059-61 | X | | |
| A9 | 12/21/07 Ronald Green Memo re: Meeting with Dr. Connors CONNORS 000913 | X | | |
| A10 | 12/27/07 Email from Jennifer Connors to Ronald Green 000782 | X | | |
| A11 | 12/31/07 Email from Lisa Lambert to Jennifer Connors 000988 | X | | |
| A12 | 01/01/08 Letter from Ronald Green to Eric Shirley CONNORS 000914-915 | X | | |
| A13 | 01/08/08 Email from Jennifer Connors to Lisa Lambert 001103-001104 | X | | |
| A14 | Resident/Fellow Agreement of Appointment, January 7, 2008 through January 6, 2009 CONNORS 000056-58 | X | | |
| A15 | 01/21/08 Email from Robert Racusin re: Meeting w/Jennifer Connors 1/21/08 CONNORS/RACUSIN 000009 | X | | |
| A16 | 02/02/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 8 000274-000276 | X | | |
| A17 | 02/27/08 email from Jennifer Connors to Lisa Lambert 000990 | X | | |
| A18 | 03/01/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 9 000277-279 | X | | |
| A19 | 03/06/08 Semi Annual Evaluation from Ronald Green to Jennifer Connors 001962 | X | | |
| A20 | 03/18/08 Email from Lisa Lambert to Jennifer Connors 000993 | X | | |
| A21 | 03/18/08 Email from Jennifer Connors to Lisa Lambert 000994 | X | | |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1142323.1 }

4

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| A22 | 03/20/08 & 03/25/08 Emails between Jennifer Connors and Lisa Lambert 000996-997 | X | | |
| A23 | 03/29/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 10 000286-288 | X | | |
| A24 | 04/26/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 11 000310-312 | X | | |
| A25 | 06/19/06-04/02/08 Analysis of Trainee Comments  000298-301 (Ex. 8 to Deposition of Dr. Beck) | X | | |
| A26 | | | | |
| B1 | 05/05/08 Note by Jennifer Connors 001006 | X | | |
| B2 | 01/01/08-05/22/08 Analysis of Trainee Comments 000313-317 | X | | |
| B3 | 05/24/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 12 CONNORS 000916-918 | X | | |
| B4 | 06/03/08 Email from Jennifer Connors to James Platt | X | | |
| B5 | 06/03/08 Note - James Platt (Ex. 2 to Deposition of Platt) | X | | |
| B6 | 06/06/08 Letter from Jennifer to Dr. Lambert (Ex. 16 to Deposition of Lambert) | X | | |
| B7 | 06/26/08 Note – James Platt | X | | |
| B8 | 09/08/08 Note to file- Ronald Green CONNORS 000919-920 | X | | |
| B9 | 09/11/08-10/30/08 Robert Racusin Emails CONNORS/RACUSIN 000001-8 | X | | |
| B10 | 10/24/08 Email from Lanier Summerall to Andrew Pomerantz and Lisa Lambert (Ex. 6 to Deposition of Beck) | X | | |
| B11 | 10/24/08-12/19/08 – Email Collection (Marked as Exhibit 17 to the Deposition of Lisa | X | | |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1142323.1 }

5

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| | Lambert) 000814-817, 000819, 001029-10300, 00103_, 001034-1036 | | | |
| B12 | Craig Donnelly letter to Robert Racusin 000680-681 | X | | |
| B13 | 11/07/08 Email from Bradley V. Watts to Ronald Green 000975 | X | | |
| B14 | 11/07/08 Email from Lisa Lambert to Ronald Green 000815 | X | | |
| B15 | 11/10/08 Email from Catherine Kutter to Robert Racusin CONNORS/RACUSIN 000016 | X | | |
| B16 | 11/12/08 Email from Ronald Green to Lisa Lambert 000816-B (part of Lambert Deposition Exhibit 17) | X | | |
| B17 | 11/13/08 Email from Lisa Lambert to Robert Racusin CONNORS/RACUSIN 000021 | X | | |
| B18 | 11/13/08 Racusin Notes CONNORS/RACUSIN 00010 | X | | |
| B19 | 11/17/08 Email from Robert Racusin to Susan and Craig CONNORS/RACUSIN 00011 | X | | |
| B20 | 11/17/08 Email from Ronald Green to Lisa Lambert 000816-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | | |
| B21 | 11/17-18/08 Email from Lisa Lambert to Ronald Green CONNORS 000923-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | | |
| B22 | 11/17/08 & 11/20/08 Redacted Medical Records  (Ex. 8 to the Deposition of Beck) | X | | |
| B23 | 11/18/08 Email from Ronald Green to Keith Warren CONNORS 000921-B & CONNORS 000922-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | | |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1142323.1 }

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| B24 | 11/03/08, 11/04/08, 11/07/08 & 11/18/08 Racusin Notes on input from faculty CONNORS/RACUSIN 000012-13 | X | | |
| B25 | 11/19/08 Email from Ronald Green 001972 | X | | |
| B26 | 11/19/08 Email from Ronald L. Green CONNORS 000720-000725 (Redacted 1st paragraph from original production) | X | | |
| C1 | 11/20/08 Email from E. Lanier Summerall to Ronald Green CONNORS 000924 | X | | |
| C2 | 11/20/08 Email from Lisa Lambert to Ronald Green | X | | |
| C3 | 11/20/08 Email from E. Lanier Summerall to Ronald Green CONNORS 000926-C & CONNORS 000925-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | | |
| C4 | 11/20/08 Email from Jennifer Connors to Robert McLellan CONNORS 000927-B & CONNORS 000926-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | | |
| C5 | 11/20/08   Memo from RG CONNORS 000928-929 | X | | |
| C6 | 11/21/08 Email from Lisa Lambert to Ronald Green CONNORS 000927-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | | |
| C7 | 10/24/08 – 11/21/08 – Item 12 - Collection of Emails attached to RG's submission to Fair Hearing Committee  CONNORS 000921-927 | X | | |
| C8 | 05/01/07, 11/25/08 & 12/04/08 Occupational & Environmental Medicine Notes  001332-001333 | X | | |
| C9 | 12/08/08 Note – James Platt | X | | |
| C10 | 12/19/08 Email from Jennifer Connors to Ronald Green 0001036-B & 0001035-A (part | X | | |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| | of Lambert Deposition Exhibit 17) | | | |
| C11 | 12/22/08 Email from Jennifer Connors to Lisa Lambert 000979-A (part of Lambert Deposition Exhibit 17) | X | | |
| C12 | 12/23/08 Email from Lisa Lambert to Ronald Green 0001035-B & 10036-A (part of Lambert Deposition Exhibit 17) | X | | |
| C13 | 01/02/09 Note to file from Ronald Green CONNORS 000930 | X | | |
| C14 | 01/23/09 Email from Jennifer Connors to Bradley Watts 000985 | X | | |
| C15 | 01/28/09 Letter from Ronald Green to Jennifer Connors CONNORS 000206-210 | X | | |
| C16 | 1998-2009 Connors History (Exhibit 19 to the Deposition of Connors) | X | | |
| C17 | 02/02/09 Note to file from Ronald Green CONNORS 000934 | X | | |
| C18 | 02/02/09 Notes – James Platt | X | | |
| C19 | 02/12/09 Letter from Jennifer Connors to Sara H. Koury 001391 | X | | |
| C20 | 01/07/08-02/24/09 Jennifer Connors Milestones | X | | |
| C21 | 06/11/09 Memorandum from Ron Green to DHMC Fair Hearing Committee Members (w/o attachments) CONNORS 000895-901 | X | | |
| C22 | 06/11/09 Memorandum from Ron Green to DHMC Fair Hearing Committee Members (w/attachments) CONNORS 000895-934 | X | | |
| C23 | Graduate Medical Education – Fair Hearing Process Confidential Decision 001937-0001940 | X | | |
| C24 | 09/23/09 Letter from Jennifer Connors to University of Texas | X | | |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1142323.1 }

8

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| C25 | 09/25/08 Personal Statement – Jennifer Connors to University of Texas Medical School at Houston 002431-002433 | X | | |
| C26 | 10/19/09 Letter from Gifford Medical Center to Jennifer Connors 002589-002595 | X | | |
| D1 | 12/17/09 Jennifer Connors' Application for Physician Licensure VT B.O.M. 46-55 | X | | |
| D2 | Explanation of Activities to application to Vermont Board of Medical Practice VT B.O.M. 72 | X | | |
| D3 | Addendum 1, Premedical Education, to application to Vermont Board of Medical Practice VT B.O.M. 75 | X | | |
| D4 | 06/03/10 Email from Jonathan Covault to Jennifer Connors 002620-2621 | X | | |
| D5 | 06/07/10 Fletcher Allen Health Care, Inc. Conditions of Appointment & Training for House Staff 2010-2011 002709-2731 | X | | |
| D6 | Lebanon College Letter to Jennifer Connors re: new position at Lebanon College 002606 | X | | |
| D7 | 08/14/10 Email from Jonathan Covault to Jennifer Connors | X | | |
| D8 | 02/25/11 Report of Sheldon Benjamin, M.D. | | | |
| D9 | CV of Sheldon Benjamin, M.D. | X | | |
| D10 | Notes of Sheldon Benjamin, M.D. (Exhibit 3 to the Deposition of Benjamin) | X | | |
| D11 | 2010 Tax Returns WLF P3250 - P3241 | X | | |
| D12 | 2011 Tax Returns WLF P3258 - P3268, P 3242-3243, P 3282 | X | | |
| D13 | 2012 Tax Returns WLF P3269 – P3278, P3244-3245 | X | | |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1142323.1 }

9

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|-----|-------------|------------|---------|----------|
| D14 | 2013 Earnings Statements  P3279-P3281, P3246, P3248, P3247P3249 | X | | |
| D15 | Curriculum Vitae – Ronald Green, M.D. | | | |
| D16 | Curriculum Vitae- William Chandler Torrey, M.D. | | | |
| D17 | Michele King notes re:  Fair Hearing MK 1-4 | | | |

Respectfully submitted,

DARTMOUTH HITCHCOCK MEDICAL CENTER and MARY HITCHCOCK MEMORIAL HOSPITAL

By Their Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED:  03/19/14          By     /s/ Edward M. Kaplan
                                                  Edward M. Kaplan, Esq.
                                                  William D. Pandolph, Esq.
                                                  9 Capitol Street
                                                  P.O. Box 1256
                                                  Concord, NH 03302-1256
                                                  (603)224-2341
                                                  e-mail:  wpandolph@sulloway.com

**CERTIFICATE OF SERVICE**

     I hereby certify that this Exhibit List was served on the following persons on this date and in the manner specified herein:  Forwarded via email to:  Norman E. Watts, Esq.

DATED:  03/19/14                    /s/ Edward M. Kaplan
                                                                         Edward M. Kaplan