UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JENNIFER A. CONNORS, | \| |
| PLAINTIFF | \| |
| v. | \| |
| | \| CASE NO. **2:10-cv-94** |
| DARTMOUTH HITCHCOCK MEDICAL CENTER, | \| CASE NO. **2:12-cv-51** |
| DARTMOUTH MEDICAL SCHOOL, | \| |
| MARY HITCHCOCK MEMORIAL HOSPITAL, | \| |
| DARTMOUTH-HITCHCOCK CLINIC and | \| |
| TRUSTEES OF DARTMOUTH COLLEGE, | \| |
| DEFENDANTS | \| |

| CONNORS v DHMC et al<br>Case No. 2:10-cv-94<br>USDC VT<br>HON. WILLIAM K. SESSIONS, III, PRESIDING<br><br>PLAINTIFF'S TRIAL EXHIBIT LIST<br>(3/20/14) | | | | |
|---|---|---|---|---|
| **EXHIBIT** | **DESCRIPTION** | **STIPULATED** | **OFFERED** | **ADMITTED** |
| 1 | Residency Grid<br>WLF Bates 3287 | NO | | |
| 2 | Child and Adolescent Program Grid<br>WLF Bates 3298 | NO | | |
| 3 | Summary Evaluation Grid<br>WLF Bates 3288-3297 | NO | | |
| 4 | DHMC Psychiatry Residency for Jennifer Connors, MD<br>WLF Bates 3311 | NO | | |

| | CONNORS v DHMC et al<br>Case No. 2:10-cv-94<br>USDC VT<br>HON. WILLIAM K. SESSIONS, III, PRESIDING<br>PLAINTIFF'S TRIAL EXHIBIT LIST<br>(3/20/14) | | | |
|---|---|---|---|---|
| 5 | Graduate Medical Education 2008-09 Red Book<br>CONNORS RPOD 000107-000177 | YES | | |
| 6 | Global Resident Competency Rating Form<br>WLF Bates 3300-3301 | NO | | |
| 7 | ACGME Program Requirements for Graduate Medical Education in Psychiatry<br>WLF Bates 2091-2124 | | | |
| 8 | James C. Beck, MD Curriculum Vitae<br>WLF Bates 3302-3310 | YES | | |
| 9 | Beck Expert Report | NO | | |
| 10 | Beck Documents<br>WLF Bates 1863-2393, 3217-3233 | NO | | |
| 11 | Jennifer Connors, MD Curriculum Vitae<br>WLF Bates 3234-3239 | YES | | |
| 12 | Psychopharm Clinic Summary<br>WLF Bates 2321 | NO | | |
| 13 | Evaluations<br>WLF Bates 210-471 | YES | | |

**CONNORS v DHMC et al
Case No. 2:10-cv-94
USDC VT
HON. WILLIAM K. SESSIONS, III, PRESIDING**

**PLAINTIFF'S TRIAL EXHIBIT LIST
(3/20/14)**

| | | | | |
|---|---|---|---|---|
| 14 | Resident/Fellow Agreement of Appointments 2006-2009 WLF Bates 107-109, 110-112 | YES | | |
| 15 | Proposed Resident/Fellow Agreements of Appointments and Related Emails WLF Bates 117-126 | | | |
| 16 | GMEAC Fair Hearing Policy WLF Bates 3-5 | YES | | |
| 17 | 12/18/06 Sateia-JC Email WLF Bates 2017 | YES | | |
| 18 | 12/18/06 RG-JC Email WLF Bates 726 | YES | | |
| 19 | 2/28/07 Summary of Items to be Addressed WLF Bates 692-93 | YES | | |
| 20 | 2/28/07 Summary of Items to be Addressed w/JC Notes WLF Bates 694 | YES | | |
| 21 | 3/1/07 Schwartz-RG et al emails WLF Bates 695 | YES | | |

| | | | | |
|---|---|---|---|---|
| <td colspan="5">**CONNORS v DHMC et al**<br>**Case No. 2:10-cv-94**<br>**USDC VT**<br>**HON. WILLIAM K. SESSIONS, III, PRESIDING**<br><br>**PLAINTIFF'S TRIAL EXHIBIT LIST**<br>**(3/20/14)**</td> | | | | |
| 22 | RG Note to File 3/10/07 WLF Bates 696-97 | YES | | |
| 23 | 3/21/07 Connors-Sateia email WLF Bates 1319 | | | |
| 24 | 4/3/07 Proposed Remediation Plan WLF Bates 710-716 | YES | | |
| 25 | 4/11/07 Remediation Plan CONNORS 000280-290 | YES | | |
| 26 | Kelleher Notes CONNORS 000320-321 | NO | | |
| 27 | Kelleher Notes CONNORS 000323-324 | NO | | |
| 28 | Kelleher Notes on Remediation Draft CONNORS 000325-328 | | | |
| 29 | 4/13/07 Sateia Email to RG WLF Bates 1321 | | | |
| 30 | RG Ltr to JC 4/13/07 CONNORS 000215-216 | YES | | |
| 31 | 4/13/07 Remediation Plan WLF Bates 727-28 | YES | | |
| 32 | 4/16/07 JC-RG Correspondence WLF Bates 761-762 | | | |

**CONNORS v DHMC et al**
**Case No. 2:10-cv-94**
**USDC VT**
**HON. WILLIAM K. SESSIONS, III, PRESIDING**

**PLAINTIFF'S TRIAL EXHIBIT LIST**
**(3/20/14)**

| | | | | |
|---|---|---|---|---|
| 33 | 4/19/07 JC-RG Email WLF Bates 763 | | | |
| 34 | 4/25/07 JC-RG Correspondence WLF Bates 764-767 | | | |
| 35 | 4/30/07 HWP -RG Email CONNORS 000261 | YES | | |
| 36 | 4/30/07 JC memo to Koury CONNORS RPOD 000087 | YES | | |
| 37 | 4/30/07 JC-Carboneau WLF Bates 1083 | YES | | |
| 38 | 5/10/07 Murray Connors RPOD 000049-50 | YES | | |
| 39 | 9/7/07 RG Email and Ltr to NHH WLF Bates 782-83 | YES | | |
| 40 | 9/14/07 Remediation Plan WLF Bates 113-114 | YES | | |
| 41 | 10/8-11/07 RG - Coursin emails WLF Bates 785-786 | YES | | |
| 42 | 11/16-18/07 RG - Coursin Emails WLF Bates 787-788 | YES | | |

**CONNORS v DHMC et al**
**Case No. 2:10-cv-94**
**USDC VT**
**HON. WILLIAM K. SESSIONS, III, PRESIDING**

**PLAINTIFF'S TRIAL EXHIBIT LIST**
**(3/20/14)**

| | | | | |
|---|---|---|---|---|
| 43 | R. Green Email 11/20/07 Bates Connors 000101 | YES | | |
| 44 | 11/26-27/07 RG-JC Emails WLF 789 | YES | | |
| 45 | 12/21/07 RG Ltr Re Meeting w/JC WLF Bates 790 | YES | | |
| 46 | 12/26/07 Coursin-RG email WLF Bates 791 | | | |
| 47 | 12/27/07 RG-JC emails WLF Bates 792 | YES | | |
| 48 | 4/1/08 LL Email WLF Bates 3178 | YES | | |
| 49 | 4/25/08 Connors/Wallen Email WLF Bates 1335 | | | |
| 50 | 5/08 JC Note WLF Bates 1337 | | | |
| 51 | 4/24-5/7/08 Emails WLF Bates 1338-41 | | | |
| 52 | 5/6/08 JC Note to Ladue WLF Bates 1342 | | | |
| 53 | 6/3/08 JC Email WLF Bates 3163 | YES | | |
| 54 | 6/3/08 Ladue/JC Email WLF Bates 3162 | YES | | |

**CONNORS v DHMC et al**
**Case No. 2:10-cv-94**
**USDC VT**
**HON. WILLIAM K. SESSIONS, III, PRESIDING**

**PLAINTIFF'S TRIAL EXHIBIT LIST**
**(3/20/14)**

| | | | | |
|---|---|---|---|---|
| 55 | 6/3/08 JC-Catalona Email<br>WLF Bates 1343 | | | |
| 56 | 6/5/08 Catalona-JC Email<br>WLF Bates 1344 | | | |
| 57 | 6/5/08 JC-Catalona Email<br>WLF Bates 1345 | | | |
| 58 | 6/6/08 JC-Lambert Correspondence<br>WLF Bates 2077 | | | |
| 59 | 6/17/08 LL -JC Email<br>WLF Bates 3152 | YES | | |
| 60 | 9/8/08 RG Note to File<br>WLF Bates 811-12 | YES | | |
| 61 | 9/17/08 Pomerantz Email to Psych Dept<br>WLF Bates 2334 | NO | | |
| 62 | 9/18-10/10/08 JC/Gardner et al Emails<br>WLF Bates 3129-3130 | YES | | |
| 63 | 10/22-24/08 Redacted Medical Records<br>WLF Bates 2375-2385 | | | |
| 64 | 10/24/08 Summerall Email<br>WLF Bates 3128 | YES | | |

| | CONNORS v DHMC et al<br>Case No. 2:10-cv-94<br>USDC VT<br>HON. WILLIAM K. SESSIONS, III, PRESIDING<br><br>PLAINTIFF'S TRIAL EXHIBIT LIST<br>(3/20/14) | | | |
|---|---|---|---|---|
| 65 | 10/28/08 Kutter/LL/V. Watts<br>WLF Bates 3125 | YES | | |
| 66 | 11/3-12/4/08 Racusin Notes Re: Connors CAP Application<br>Bates CONNORS/RACUSIN 0010-0015 | | | |
| 67 | 11/4/08 Kutter-LL et al Emails<br>WLF Bates 3126 | | | |
| 68 | 11/7/08 West-Racusin Correspondence<br>WLF Bates 664 | | | |
| 69 | Donnelly-Racusin Correspondence<br>WLF Bates 680-81 | | | |
| 70 | 11/7/08 V. Watts<br>WLF Bates 975 | YES | | |
| 71 | 11/10/08 Redacted Med Record<br>WLF Bates 2370-74 | YES | | |
| 72 | 11/17/08 Redacted Med Record<br>WLF Bates 2361-69 | YES | | |
| 73 | Green Email 11/18/08<br>WLF Bates 3119 | YES | | |
| 74 | 11/20/08 RG Memo<br>WLF Bates 822-23 | YES | | |

**CONNORS v DHMC et al**
**Case No. 2:10-cv-94**
**USDC VT**
**HON. WILLIAM K. SESSIONS, III, PRESIDING**

**PLAINTIFF'S TRIAL EXHIBIT LIST**
**(3/20/14)**

| | | | | |
|---|---|---|---|---|
| 75 | Bolton Email 11/20/08 WLF Bates 3117 | YES | | |
| 76 | 11/20/08 Summerall Complaint 3118 | YES | | |
| 77 | 11/18-20/08 RG seeks info for FFD 3119 | YES | | |
| 78 | 11/20/08 RG Memo CONNORS 000108-09 | YES | | |
| 79 | 12/3/08 JC Emails WLF Bates 977-985 | YES | | |
| 80 | 12/4/08 McClellan/JC Email WLF Bates 3116 | YES | | |
| 81 | 12/4/08 FFD no new accom. Refer to EAP Connors RPOD 000069 | | | |
| 82 | Koury req to McClellan re: info from JC therapist 12/8/08 Connors RPOD 000071 | | | |
| 83 | 12/9/08 JC Consent form for EAP-McClellan communications RPOD 000086 | YES | | |
| 84 | "Sheaf Of Emails" WLF Bates 814-821 | YES | | |

| | CONNORS v DHMC et al<br>Case No. 2:10-cv-94<br>USDC VT<br>HON. WILLIAM K. SESSIONS, III, PRESIDING<br>PLAINTIFF'S TRIAL EXHIBIT LIST<br>(3/20/14) | | | |
|---|---|---|---|---|
| 85 | 12/3/08 JC-V. Watts Email<br>WLF Bates 977 | | | |
| 86 | 12/19/08 LL/Pomerantz et al email re: completion of PGY3<br>WLF Bates 3103 | YES | | |
| 87 | Lord Email 12/19/08<br>WLF Bates 3115 | YES | | |
| 88 | RG Note to File 1/2/09<br>WLF Bates 847-848 | YES | | |
| 89 | 1/15-23/09 JC-V. Watts Emails<br>WLF Bates 980-983 | | | |
| 90 | RG Ltr to JC 1/28/09<br>WLF Bates 864-65 | YES | | |
| 91 | 2/12/09 Koury Ltr<br>CONNORS 690 | | | |
| 92 | 2/13/09 RG to JC<br>WLF Bates 893 | NO | | |
| 93 | 4/2/09 Wallace-JC Emails<br>WLF Bates 2338 | NO | | |
| 94 | 4/10/09 Hallmartel Note<br>WLF Bates 2333 | YES | | |
| 95 | 4/10/09 Sateia Ltr Recommendation<br>WLF Bates 2178-2179 | | | |

**CONNORS v DHMC et al
Case No. 2:10-cv-94
USDC VT
HON. WILLIAM K. SESSIONS, III, PRESIDING**

**PLAINTIFF'S TRIAL EXHIBIT LIST
(3/20/14)**

| | | | | |
|---|---|---|---|---|
| 96 | 6/11/09 RG Memo to Fair Hearing w/attachments WLF Bates 1941-1981 | YES | | |
| 97 | Fair Hearing Committee Decision WLF Bates 1937-1940 | YES | | |
| 98 | RG Ltr NH BOM 10/6/09 WLF Bates 971-972 | YES | | |
| 99 | Licensing materials sent by WLF to S&H WLF Bates 927-949 | NO | | |
| 100 | 11/2/09 Summary Evaluation Resident/Fellow Performance w/attachment WLF Bates 951, 953 | NO | | |
| 101 | RG JC Completion Letter 11/3/09 WLF Bates 955-956 | NO | | |
| 102 | RG Letter Attesting to Gen Psych Board Eligibility 11/3/09 WLF Bates 952 | NO | | |
| 103 | DHMC submissions to VT and TX licensing boards Connors 000993-994 | NO | | |

| | **CONNORS v DHMC et al**<br>**Case No. 2:10-cv-94**<br>**USDC VT**<br>**HON. WILLIAM K. SESSIONS, III, PRESIDING**<br><br>**PLAINTIFF'S TRIAL EXHIBIT LIST**<br>**(3/20/14)** | | | |
|---|---|---|---|---|
| 104 | S&H pkg to DHMC executed by RG<br>WLF Bates 950-972 | NO | | |
| 105 | EAP Individual Report Printed 12/13/10<br>CONNORS RPOD 000061-85 | | | |
| 106 | UVM Semi-Annual Residency Review<br>WLF Bates 3283-86 | NO | | |
| 107 | DHMC House Staff 2007-2008<br>WLF Bates 2743-2744 | | | |
| 108 | 7/27/07 Sateia Correspondence to NH BOM (Sateia Depo Ex 4)<br>CONNORS RPOD 000092 | | | |
| 109 | DHMC Residency Training Program in Adult Psychiatry<br>WLF Bates 3312-3391 | | | |