UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| Jennifer A. Connors, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 2:10-cv-00094-wks |
| | § | |
| Dartmouth Hitchcock Medical Center, | § | |
| Mary Hitchcock Memorial Hospital, | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

# DEFENDANTS' TRIAL EXHIBIT LIST

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| A | Graduate Medical Education Red Book, Policy & Procedure Manual for Residents and Fellows 2008-09 (SAME AS PLAINTIFF'S EXHIBIT 5) | X | 3/25/2014 | ✓ |
| B | 07/25/05 Letter from Jennifer Connors to Ronald L. Green w/Application for Graduate Training | X | 3/25/2014 | ✓ |
| C | 10/27/05 Letter from Ronald Green to Jennifer Connors | X | 3/25/2014 | ✓ |
| D | Resident/Fellow Agreement of Appointment for June 26, 2006 through June 25, 2007 CONNORS 000064-66 | X | 3/25/2014 | ✓ |
| E | 4/20/06 Pre-Placement Health Questionnaire 000144-000150 | X | 3/25/2014 | ✓ |
| F | 05/27/06 Email from Edward Connors to Brenda Vale re:  Hi!! An Update & Some questions from Jennifer 001641-001643 | X | 3/25/2014 | ✓ |
| G | 06/23/06 NH Board of Medicine Training License Certificate  (SS # Redacted) | X | 3/25/2014 | ✓ |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| H | 09/10/06 VT Dept. of Health Limited Temporary Physician License Application CONNORS 000856-000869 | X | 3/25/2014 | ✓ |
| I | 10/16/06 Memorandum from Ronald Green 000683-684 | X | 3/25/2014 | ✓ |
| J | 12/03/06 Email from Ronald Green to Jennifer Connors 000686 | X | 3/25/2014 | ✓ |
| K | 12/13/06 Email from Ronald Green to Jennifer Connors 000687 | X | 3/25/2014 | ✓ |
| L | 12/14/06 Email from Jennifer Connors to Ronald Green 000688 | X | 3/25/2014 | ✓ |
| M | 12/18/06 Email from Michael Sateia to Jennifer Connors | X | 3/25/2014 | ✓ |
| N | 01/08/07 Email from Ronald Green to Jennifer Connors 000689 | X | 3/25/2014 | ✓ |
| O | 01/30/07 Email from Ronald Green to Jennifer Connors 000690 | X | 3/25/2014 | ✓ |
| P | 02/07/07 Email from Ronald Green to Jennifer Connors 000691 | X | 3/25/2014 | ✓ |
| Q | 02/28/07 Re: Block 9 CONNORS 000902-903 | X | 3/25/2014 | ✓ |
| R | 02/28/07 Summary of Items 000694 | X | 3/25/2014 | ✓ |
| S | 03/02/07 Email from Jonathan Schwartz to Ronald Green 000695 | X | 3/25/2014 | ✓ |
| T | 03/02/07 Email from Jonathan Schwartz to Bradley V. Watts CONNORS 000904-905 | X | 3/25/2014 | ✓ |
| U | 03/10/07 Memorandum from Ronald Green CONNORS 000906-907 | X | 3/25/2014 | ✓ |
| V | 03/21/07 Email from Jennifer Connors to Michael Sateia 001319 | X | 3/25/2014 | ✓ |
| W | 03/23/07 Memo re: Jennifer Connors 002149- | X | 3/25/2014 | ✓ |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
|  | 2150 |  |  |  |
| X | 04/03/07 Confidential Draft Re: Jennifer Connors, MD 000710-716 | X | 3/25/2014 | ✓ |
| Y | 04/07/07 Trainee Evaluation, Evaluator Jonathan Schwartz, Block 10 000243-245 | X | 3/25/2014 | ✓ |
| Z | 04/11/07 Email from Jennifer Connors to Michael Sateia 0001925 | X | 3/25/2014 | ✓ |
| A1 | 04/11/07 Confidential memo from JC to RG, JK, HWP CONNORS 000280-284 | X | 3/25/2014 | ✓ |
| A2 | 04/13/07 Email from Michael Sateia to Ronald Green 001927 | X | 3/25/2014 | ✓ |
| A3 | 04/13/07 Letter from Ron Green to Jennifer Connors CONNORS 000215-216 | X | 3/25/2014 | ✓ |
| A4 | 05/03/07 Letter from Ronald Green to Drs. John McLellan and Carolyn Murray CONNORS 000908-910 | X | 3/25/2014 | ✓ |
| A5 | 07/27/07 Email from Carolyn Murray to Ron Green 001380 | X | 3/25/2014 | ✓ |
| A6 | 07/27/07 Work Fitness Form 001379 | X | 3/25/2014 | ✓ |
| A7 | 09/14/07 Remediation Plan for Dr. Jennifer Connors CONNORS 000911-912 | X | 3/25/2014 | ✓ |
| A8 | Resident/Fellow Agreement of Appointment, September 17, 2007 through January 6, 2008. CONNORS 000059-61 | X | 3/25/2014 | ✓ |
| A9 | 12/21/07 Ronald Green Memo re: Meeting with Dr. Connors CONNORS 000913 | X | 3/25/2014 | ✓ |
| A10 | 12/27/07 Email from Jennifer Connors to Ronald Green 000782 | X | 3/25/2014 | ✓ |
| A11 | 12/31/07 Email from Lisa Lambert to Jennifer Connors 000988 | X | 3/25/2014 | ✓ |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| A12 | 01/01/08 Letter from Ronald Green to Eric Shirley CONNORS 000914-915 | X | 3/25/2014 | ✓ |
| A13 | 01/08/08 Email from Jennifer Connors to Lisa Lambert 001103-001104 | X | 3/25/2014 | ✓ |
| A14 | Resident/Fellow Agreement of Appointment, January 7, 2008 through January 6, 2009 CONNORS 000056-58 | X | 3/25/2014 | ✓ |
| A15 | 01/21/08 Email from Robert Racusin re: Meeting w/Jennifer Connors 1/21/08 CONNORS/RACUSIN 000009 | X | 3/25/2014 | ✓ |
| A16 | 02/02/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 8 000274-000276 | X | 3/25/2014 | ✓ |
| A17 | 02/27/08 email from Jennifer Connors to Lisa Lambert 000990 | X | 3/25/2014 | ✓ |
| A18 | 03/01/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 9 000277-279 | X | 3/25/2014 | ✓ |
| A19 | 03/06/08 Semi Annual Evaluation from Ronald Green to Jennifer Connors 001962 | X | 3/25/2014 | ✓ |
| A20 | 03/18/08 Email from Lisa Lambert to Jennifer Connors 000993 | X | 3/25/2014 | ✓ |
| A21 | 03/18/08 Email from Jennifer Connors to Lisa Lambert 000994 | X | 3/25/2014 | ✓ |
| A22 | 03/20/08 & 03/25/08 Emails between Jennifer Connors and Lisa Lambert 000996-997 | X | 3/25/2014 | ✓ |
| A23 | 03/29/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 10 000286-288 | X | 3/25/2014 | ✓ |
| A24 | 04/26/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 11 000310-312 | X | 3/25/2014 | ✓ |
| A25 | 06/19/06-04/02/08 Analysis of Trainee Comments 000298-301 (Ex. 8 to Deposition of Dr. Beck) | X | 3/25/2014 | ✓ |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| A26 | | | | |
| B1 | 05/05/08 Note by Jennifer Connors 001006 | X | 3/25/2014 | ✓ |
| B2 | 01/01/08-05/22/08 Analysis of Trainee Comments 000313-317 | X | 3/25/2014 | ✓ |
| B3 | 05/24/08 Trainee Evaluation, Evaluator Lisa Lambert, Block 12 CONNORS 000916-918 | X | 3/25/2014 | ✓ |
| B4 | 06/03/08 Email from Jennifer Connors to James Platt | X | 3/25/2014 | ✓ |
| B5 | 06/03/08 Note - James Platt (Ex. 2 to Deposition of Platt) | X | 3/25/2014 | ✓ |
| B6 | 06/06/08 Letter from Jennifer to Dr. Lambert (Ex. 16 to Deposition of Lambert) | X | 3/25/2014 | ✓ |
| B7 | 06/26/08 Note – James Platt | X | 3/25/2014 | ✓ |
| B8 | 09/08/08 Note to file- Ronald Green CONNORS 000919-920 | X | 3/25/2014 | ✓ |
| B9 | 09/11/08-10/30/08 Robert Racusin Emails CONNORS/RACUSIN 000001-8 | X | 3/25/2014 | ✓ |
| B10 | 10/24/08 Email from Lanier Summerall to Andrew Pomerantz and Lisa Lambert (Ex. 6 to Deposition of Beck) | X | 3/25/2014 | ✓ |
| B11 | 10/24/08-12/19/08 – Email Collection (Marked as Exhibit 17 to the Deposition of Lisa Lambert) 000814-817, 000819, 001029-10300, 00103_, 001034-1036 | X | 3/25/2014 | ✓ |
| B12 | Craig Donnelly letter to Robert Racusin 000680-681 | X | 3/25/2014 | ✓ |
| B13 | 11/07/08 Email from Bradley V. Watts to Ronald Green 000975 | X | 3/25/2014 | ✓ |
| B14 | 11/07/08  Email from Lisa Lambert to Ronald Green 000815 | X | 3/25/2014 | ✓ |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| B15 | 11/10/08 Email from Catherine Kutter to Robert Racusin CONNORS/RACUSIN 000016 | X | 3/25/2014 | ✓ |
| B16 | 11/12/08 Email from Ronald Green to Lisa Lambert 000816-B (part of Lambert Deposition Exhibit 17) | X | 3/25/2014 | ✓ |
| B17 | 11/13/08 Email from Lisa Lambert to Robert Racusin CONNORS/RACUSIN 000021 | X | 3/25/2014 | ✓ |
| B18 | 11/13/08 Racusin Notes CONNORS/RACUSIN 00010 | X | 3/25/2014 | ✓ |
| B19 | 11/17/08 Email from Robert Racusin to Susan and Craig CONNORS/RACUSIN 00011 | X | 3/25/2014 | ✓ |
| B20 | 11/17/08 Email from Ronald Green to Lisa Lambert 000816-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | 3/25/2014 | ✓ |
| B21 | 11/17-18/08 Email from Lisa Lambert to Ronald Green CONNORS 000923-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | 3/25/2014 | ✓ |
| B22 | 11/17/08 & 11/20/08 Redacted Medical Records (Ex. 8 to the Deposition of Beck) | X | 3/25/2014 | ✓ |
| B23 | 11/18/08 Email from Ronald Green to Keith Warren CONNORS 000921-B & CONNORS 000922-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | 3/25/2014 | ✓ |
| B24 | 11/03/08, 11/04/08, 11/07/08 & 11/18/08 Racusin Notes on input from faculty CONNORS/RACUSIN 000012-13 | X | 3/25/2014 | ✓ |
| B25 | 11/19/08 Email from Ronald Green 001972 | X | 3/25/2014 | ✓ |
| B26 | 11/19/08 Email from Ronald L. Green CONNORS 000720-000725 (Redacted 1st paragraph from original production) | X | 3/25/2014 | ✓ |
| C1 | 11/20/08 Email from E. Lanier Summerall to Ronald Green CONNORS 000924 | X | 3/25/2014 | ✓ |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| C2 | 11/20/08 Email from Lisa Lambert to Ronald Green | X | 3/25/2014 | ✓ |
| C3 | 11/20/08 Email from E. Lanier Summerall to Ronald Green CONNORS 000926-C & CONNORS 000925-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | 3/25/2014 | ✓ |
| C4 | 11/20/08 Email from Jennifer Connors to Robert McLellan CONNORS 000927-B & CONNORS 000926-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | 3/25/2014 | ✓ |
| C5 | 11/20/08 Memo from RG CONNORS 000928-929 | X | 3/25/2014 | ✓ |
| C6 | 11/21/08 Email from Lisa Lambert to Ronald Green CONNORS 000927-A (part of Item 12 of RG's submission to Fair Hearing Committee) | X | 3/25/2014 | ✓ |
| C7 | 10/24/08 – 11/21/08 – Item 12 - Collection of Emails attached to RG's submission to Fair Hearing Committee CONNORS 000921-927 | X | 3/25/2014 | ✓ |
| C8 | 05/01/07, 11/25/08 & 12/04/08 Occupational & Environmental Medicine Notes 001332-001333 | X | 3/25/2014 | ✓ |
| C9 | 12/08/08 Note – James Platt | X | 3/25/2014 | ✓ |
| C10 | 12/19/08 Email from Jennifer Connors to Ronald Green 0001036-B & 0001035-A (part of Lambert Deposition Exhibit 17) | X | 3/25/2014 | ✓ |
| C11 | 12/22/08 Email from Jennifer Connors to Lisa Lambert 000979-A (part of Lambert Deposition Exhibit 17) | X | 3/25/2014 | ✓ |
| C12 | 12/23/08 Email from Lisa Lambert to Ronald Green 0001035-B & 10036-A (part of Lambert Deposition Exhibit 17) | X | 3/25/2014 | ✓ |
| C13 | 01/02/09 Note to file from Ronald Green CONNORS 000930 | X | 3/25/2014 | ✓ |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
| C14 | 01/23/09 Email from Jennifer Connors to Bradley Watts 000985 | X | 3/25/2014 | ✓ |
| C15 | 01/28/09 Letter from Ronald Green to Jennifer Connors CONNORS 000206-210 | X | 3/25/2014 | ✓ |
| C16 | 1998-2009 Connors History (Exhibit 19 to the Deposition of Connors) | X | 3/25/2014 | ✓ |
| C17 | 02/02/09 Note to file from Ronald Green CONNORS 000934 | X | 3/25/2014 | ✓ |
| C18 | 02/02/09 Notes – James Platt | X | 3/25/2014 | ✓ |
| C19 | 02/12/09 Letter from Jennifer Connors to Sara H. Koury 001391 | X | 3/25/2014 | ✓ |
| C20 | 01/07/08-02/24/09 Jennifer Connors Milestones | X | 3/25/2014 | ✓ |
| C21 | 06/11/09 Memorandum from Ron Green to DHMC Fair Hearing Committee Members (w/o attachments) CONNORS 000895-901 | X | 3/25/2014 | ✓ |
| C22 | 06/11/09 Memorandum from Ron Green to DHMC Fair Hearing Committee Members (w/attachments) CONNORS 000895-934 | X | 3/25/2014 | ✓ |
| C23 | Graduate Medical Education – Fair Hearing Process Confidential Decision 001937-0001940 | X | 3/25/2014 | ✓ |
| C24 | 09/23/09 Letter from Jennifer Connors to University of Texas | X | 3/25/2014 | ✓ |
| C25 | 09/25/08 Personal Statement – Jennifer Connors to University of Texas Medical School at Houston 002431-002433 | X | 3/25/2014 | ✓ |
| C26 | 10/19/09 Letter from Gifford Medical Center to Jennifer Connors 002589-002595 | X | 3/25/2014 | ✓ |
| D1 | 12/17/09 Jennifer Connors' Application for Physician Licensure VT B.O.M. 46-55 | X | 3/25/2014 | ✓ |
| D2 | Explanation of Activities to application to Vermont Board of Medical Practice VT B.O.M. | X | 3/25/2014 | ✓ |

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
|  | 72 |  |  |  |
| D3 | Addendum 1, Premedical Education, to application to Vermont Board of Medical Practice VT B.O.M. 75 | X | 3/25/2014 | ✓ |
| D4 | 06/03/10 Email from Jonathan Covault to Jennifer Connors 002620-2621 | X | 3/25/2014 | ✓ |
| D5 | 06/07/10 Fletcher Allen Health Care, Inc. Conditions of Appointment & Training for House Staff 2010-2011 002709-2731 | X | 3/25/2014 | ✓ |
| D6 | Lebanon College Letter to Jennifer Connors re: new position at Lebanon College 002606 | X | 3/25/2014 | ✓ |
| D7 | 08/14/10 Email from Jonathan Covault to Jennifer Connors | X | 3/25/2014 | ✓ |
| D8 | 02/25/11 Report of Sheldon Benjamin, M.D. |  |  |  |
| D9 | CV of Sheldon Benjamin, M.D. | X | 3/25/2014 | ✓ |
| D10 | Notes of Sheldon Benjamin, M.D. (Exhibit 3 to the Deposition of Benjamin) | X | 3/25/2014 | ✓ |
| D11 | 2010 Tax Returns WLF P3250 - P3241 | X | 3/25/2014 | ✓ |
| D12 | 2011 Tax Returns WLF P3258 - P3268, P 3242-3243, P 3282 | X | 3/25/2014 | ✓ |
| D13 | 2012 Tax Returns WLF P3269 – P3278, P3244-3245 | X | 3/25/2014 | ✓ |
| D14 | 2013 Earnings Statements P3279-P3281, P3246, P3248, P3247P3249 | X | 3/25/2014 | ✓ |
| D15 | Curriculum Vitae – Ronald Green, M.D. | X | 3/25/2014 | ✓ |
| D16 | Curriculum Vitae- William Chandler Torrey, M.D. | X | 3/25/2014 | ✓ |
| D17 | Michele King notes re: Fair Hearing MK 1-4 | X | 3/25/2014 | ✓ |
| D18 | The Psychiatry Milestone Project, a Joint Initiative of The Accreditation Council for | X | 3/25/2014 | ✓ |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1142323.1 }

9

| EX. | DESCRIPTION | STIPULATED | OFFERED | ADMITTED |
|---|---|---|---|---|
|  | Graduate Medical Education and The American Board of Psychiatry and Neurology |  |  |  |
| D19 | 11/24/08 JC Notes re: Supervision w/LL. JC/FAIR HEARING 185 | X | 3/25/2014 | ✓ |

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1142323.1}

11